CAUSE NO. 12-15-00059-CR

| DERRICK DEMOND COOKS | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DI~~STRICT~~ |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

**FILED**

9/14/2015

**Twelfth Court of Appeals
Pam Estes
Clerk**

**STATE'S 2nd MOTION FOR EXTENSION OF TIME
AND LATE FILING OF THE STATE'S BRIEF**

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A.   The case was originally disposed of by a jury trial in the 241st District Court of Smith County, Texas, the Honorable Jack Skeen, Jr., judge presiding.

B.   The trial court cause number was 241-1485-14, and the case was styled *The State of Texas v. Derrick Demond Cooks*.

C.   Appellant was convicted of the offense of Possession of a Controlled Substance and the jury assessed a sentence of two years confinement and a $6,500 fine.

D.   On June 15, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before August 21, 2015.

E.   There have been two extensions of time granted for the filing of Appellant's brief. There has been one prior extension granted to the State.

F.   Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of six (6) days to allow the State an opportunity for timely filing its reply brief on or before August 27, 2015.

G.   The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. I was granted an extension by the Court until August 21, 2015, for the filing of the State's reply brief in this case. On that date, I electronically filed my brief. It was rejected by the Clerk of the Court for reasons not fully understood at the time but related to the PDF format I was using. I refiled it again and it appeared to me to have been successful, however it was again rejected by the Court.

I did not become aware of the second rejection until August 27, 2015, when another brief I was filing, in Cause No. 12-14-00176-CR, *Mumprhey v. State*, was rejected by the Court for being in the improper format. On that date I tried twice unsuccessfully to refile the brief in this case before discovering the problem with the formatting. On my third attempt, it was accepted.

Today, I was contacted by Ms. Katrina McClenny, Chief Deputy Clerk and told that I needed to file an extension for my reply brief. I had wrongly assumed that the brief would be considered timely as I first filed it on the date it was due. I apologize to the Court for my misunderstanding.

H.   This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief. The Court has possession of the State's brief and no further delay will be necessary.

I.   The State has a great interest in affirming the judgement of the 241st District Court in this case.

**WHEREFORE,** this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before August 27, 2015, the date it was filed with the Court.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _____ *September 14, 2015* _____, personally appeared _____ *Michael West* _____, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.



NOTARY PUBLIC - State of Texas

JENNIFER LYNN BARFIELD
Notary Public
State of Texas
My Comm. Expires 02-18-2017

## CERTIFICATE OF SERVICE

On _____September 14, 2015_____ , at true and complete copy of this instrument has been electronically served to:

Mr. Austin Jackson
Attorney at Law
112 E. Line, Ste. 310
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)